IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATSY RANEY                                                                          PLAINTIFF

v.                              No. 3:15-CV-221-BD

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                       DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

DATED this 8th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE