## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PATSY RANEY**                                                                                      **PLAINTIFF**

**V.**                     **CASE NO.: 3:15-CV-221-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## ORDER

Plaintiff Patsy Raney has moved for an award of attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #15) She seeks fees and expenses in the amount of $2,131.47. The Commissioner does not object to the amount requested. (#17)

Accordingly, Ms. Raney's motion (#15) is GRANTED, and she is awarded $2,131.47 in fees and expenses, subject to offset for any outstanding debts to the government.

DATED this 25th day of May, 2016.

                                                                                _____
                                                                       UNITED STATES MAGISTRATE JUDGE